[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12765

Non-Argument Calendar

_____

JON ALLEN RHODES,

Plaintiff-Appellant,

*versus*

US DISTRICT COURT JUDGE TOM S. LEE,
SUPREME COURT OF APPEALS,
20TH DISTRICT COURT,
MS ATTORNEYS OFFICE,
COUNTY COURT OF RANKIN COUNTY, et al.,

Defendants-Appellees.

_____

2                    Opinion of the Court                    24-12765

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02680-JPB

_____

Before WILSON, JILL PRYOR, and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Jon Rhodes appeals from the district court's order dismissing his action without prejudice.

We lack jurisdiction over this appeal because Rhodes's notice of appeal is untimely. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010). Rhodes did not file his notice of appeal within 60 days of the date on which the court's dismissal became final, and he did not file a valid tolling motion. *See* 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B), 4(a)(4)(A). Rhodes is not entitled to relief under Fed. R. App. P. 4(a)(5) or 4(a)(6) because he did not file a timely motion to extend or assert that he did not receive timely notice of the final or order or judgment. *See* 28 U.S.C. § 2107(c); Fed. R. App. P. 4(a)(5)(A), 4(a)(6); *Sanders v. United States*, 113 F.3d 184, 187 (11th Cir. 1997).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.